IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| JOSE GONZALES III, | § | |
| | § | |
| Petitioner, | § | |
| VS. | § | CIVIL NO. 2:18-CV-231 |
| | § | |
| LORI DAVIS, | § | |
| | § | |
| Respondent. | § | |

## ORDER

The Court is in receipt of Respondent's Motion for Summary Judgment, Dkt. No. 13; Petitioner's Objections to Respondent's Motion for Summary Judgment, Dkt. No. 14; the Magistrate Judge's Memorandum and Recommendation ("M&R"), Dkt. No. 15; Petitioner's Objections to the M&R, Dkt. No. 16; and Petitioner's Letter, Dkt. No. 17.

After independently reviewing the filings, the record, and applicable law, the Court **ADOPTS** the M&R, Dkt. No. 15. The Court therefore **GRANTS** Respondent's Motion for Summary Judgment, Dkt. No. 13, and **DISMISSES** Petitioner's application for habeas corpus relief as **TIME BARRED**. Further, the Court **DENIES** Petitioner a Certificate of Appealability. The Court **DIRECTS** the Clerk to mail this Order and a copy of the docket activity sheet to Petitioner.

Final judgment will be entered separately.

SIGNED this 13th day of May, 2019.

_____
Hilda Tagle
Senior United States District Judge