United States District Court
Southern District of Texas
**ENTERED**
April 21, 2021
Nathan Ochsner, Clerk

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| JOSE  GONZALES III, | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| VS. | § | CIVIL NO. 2:18-CV-231 |
| | § | |
| LORIE  DAVIS, | § | |
| | § | |
| Respondent. | § | |

## <u>ORDER</u>

The Court is in receipt of the Motion for Relief from Judgment filed by Jose Gonzales, III, ("Gonzales"), Dkt. No. 27; the Magistrate Judge's Memorandum and Recommendation, ("M&R"), Dkt. No. 28; and Gonzales' objections to the M&R, Dkt. No. 29.

After independently reviewing the record and applicable law, the court **ADOPTS** the M&R, Dkt. No. 28.  The Court **DENIES** Gonzales' Motion for Relief from Judgment, Dkt. No. 27.

SIGNED this 21 day of April 2021.


Hilda Tagle
Senior United States District Judge